**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JFURTI, LLC and JACOB FRYDMAN,
Derivatively and On Behalf of All Similarly
Situated Limited Partners and Shareholders in the
Name and Right of FIRST CAPITAL REAL
ESTATE INCORPORATED and FIRST
CAPITAL REAL ESTATE OPERATING
PARTNERSHIP, L.P.,

                          Plaintiffs,

    -against-

SUNSET SINGAL, FRANK GRANT,
RICHARD LEIDER, FIRST CAPITAL REAL
ESTATE ADVISORS, L.P. FIRST CAPIAL
REAL ESTTE INVESTMENTS, LLC,
PRESIDENTIAL RALTY CORPORATION,
PRESIDENTIAL REALTY OPERATING
PARTNERSHIP, PHOTOMEDEX INC.,
DOWNEY BRAND LLP, FORUM PARTNERS
INVESTMENT MANAGEMENT LLC,
 RUSSELL C. PLATT, and FORUM GLOBAL
FINANCE SCSp,

                         Defendants.

    -and-

FIRST CAPITAL REAL ESTATE TRUST
INCORPORATED and FIRST CAPITAL REAL
ESTATE OPERATING PARTNERSHIP L.P.,

                  Nominal Defendants.
-----------------------------------------------------------X



17 **CIVIL** 7206 (CM)

## JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 12, 2018, Defendants' motions to dismiss the FAC are granted.

**Dated:** New York, New York
         November 20, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/20/2018